# EXHIBIT A

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 50-2018-SC-007412-XXXX-SB
DIVISION: RD: South Branch County Civil Division - RD (Civil)

TINA MARIE BARBUTO

        PLAINTIFF(S)
-VS-
EQUIFAX, INC.

        DEFENDANT(S)

SEAL
A TRUE COPY
SHERIFF, LEON COUNTY, FLORIDA

## NOTICE TO APPEAR
## FOR PRE-TRIAL CONFERENCE/MEDIATION

STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**EQUIFAX, INC.**

SP: THE PRENTICE HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET, SUITE 105
Tallahassee, FL  32301

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #6 (South Branch) SB, 200 W. Atlantic Avenue Delray Beach FL 33444, on May 23, 2018 at 9:00 AM for a PRETRIAL CONFERENCE before a Judge of this court.

**IMPORTANT - READ CAREFULLY
THE CASE WILL NOT BE TRIED AT THAT TIME
DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

SERVED THIS 10 DAY OF APR
20 18 AT 1150 A.M. _____ P.M.
WALT McNEIL, SHERIFF OF LEON COUNTY, FL
BY _____ DS

COPY

FILED: PALM BEACH COUNTY, FL SHARON R BOCK, CLERK. 04/02/2018 03:55:21 PM

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE.** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:  You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

DATED: 2nd of April, 2018

Sharon R. Bock
Clerk & Comptroller
By:

Lafond, Marie A as Deputy Clerk

Cc:
TINA MARIE BARBUTO  233 S. FEDERAL HIGHWAY
UNIT 705
Boca Raton, FL  33432

EN EL TRIBUNAL DEL CONDADO, EN Y DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA NO: 50-2018-SC-007412-XXXX-SB
DIVISION: -RD: South Branch County Civil Division - RD (Civil)

TINA MARIE BARBUTO

DEMANDANTE(S),

vs.

EQUIFAX, INC.

DEMANDADO(S)

**NOTICIA PARA COMPARECER
A CONFERENCIA PREVIA AL JUICIO/MEDIACION**

ESTADO DE LA FLORIDA - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

**EQUIFAX, INC.**

**SP: THE PRENTICE HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET, SUITE 105
Tallahassee, FL 32301**

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala #6 (South Branch) SB, 200 W. Atlantic Avenue Delray Beach FL 33444 del Tribunal del Condado de Palm Beach, el día May 23, 2018, a las 9:00 AM, para una CONFERENCIA PREVIA AL JUICIO.

**IMPORTANTE – LEA CUIDADOSAMENTE**

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS. USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA. EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento. Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION. La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un representante de la corporación o por cualquier empleado con autorización escrita del representante de la corporación. La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si su caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias. El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO. La ley le concede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 2nd of April, 2018

                   Sharon R. Bock
                   Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E POU KOMIN PALM BEACH, FLORID

NIMERO KA: 50-2018-SC-007412-XXXX-SB-
DIVISYON: RD: South Branch County Civil Division - RD (Civil)

TINA MARIE BARBUTO

        DEMANDAN,

    v.

EQUIFAX, INC.

        DAFANDAN.

### AVETISMAN POU PRESANTE W
### POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

**EQUIFAX, INC.**

SP: THE PRENTICE HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET, SUITE 105
Tallahassee, FL  32301

YO AVETI- W KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN PALM BEACH LA NAN SAL #6 (South Branch) SB, 200 W. Atlantic Avenue Delray Beach FL 33444, A May 23, 2018, NAN 9:00 AM, POU YON KONFEARANS.

INPÓTAN - LI AVEK ATENSYON.

KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA ESEYE REZOUD KA A NAN MEDIASYON JOU SA A.

PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB PARET POU OU.

MOUN KI PARET POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L NEGOSYE MONTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL DEMAND LA SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK REG SA A SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE , FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik finansyel deske li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t gen ase reclamasyon. Menm si demandan an oswa defandan an ta fe tribinal la yon demand a lekrit sa pap eskise presans nou ni presans avoka a nan konferans/mediasyon anvan jijman . Ni dat ni le konferans avan jijman an pa ka ranvvoiye san yon bon rezon ak san tribinal la pat aprouve li davans.

Yon Koporasyon ka pab represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal la ,oswa yon ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo

dwe pote otorizasyon a lekrit sa a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe konnen si ke ou
Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki ef☐ ki te fet pou rezoud ka a , montre kinpot dokiman neses☐ pou pwouve ka a , bay non ak address temwen w yo , dak☐ ak s☐tin f☐ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.

Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.

**Dwa pou detemine ki kote pou presante ka w la.** Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande pou yo voye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak☐ nan ki kote pou demand la fet , kote pou peyman an fet.

Si oumenm defandan an (yo) pa kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon f☐m atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.

Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte Tammy Anton, kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

Case No. 50 2018 SC 007412XXXXMB

Tina Marie Barbuto
Plaintiff(s)

-vs-

~~Equifax Credit Information Services, Inc.~~ Equifax, Inc.
~~Paulino de Rego Barros, Jr. Interim CEO~~ (B)
Defendant(s)

COPY
SOUTH COUNTY BRANCH OFFICE
ORIGINAL RECEIVED
APR 02 2018
SHARON R. BOCK
CLERK & COMPTROLLER
PALM BEACH COUNTY

STATEMENT OF CLAIM

Plaintiff(s) Tina Marie Barbuto
233 S. Federal Highway, Apt. 705 Boca Raton, FL 33432
sues Defendant(s) ~~Equifax Credit Information Services, Inc.~~ Equifax, Inc. ~~and Paulino de Rego Barros, Jr. Interim CEO~~
~~1550 Peachtree Street, N.W. Atlanta, GA 30309~~ (B)

and alleges:

1. This is an action for damages that do not exceed the sum of $5,000.00.

2. Plaintiff(s) claim the amount of $ 1,000.00 as being due from Defendant(s) named herein, and as the basis of this action alleges: Equifax Information Services, Inc. and Mr. de Rego Barros, JR. were negligent by not responding to plaintiff's written disputes or CFPB complaints within 30 days regarding the tradelines of VW Credit, OswegoFCU 14153-C0011xxxx 9/3/14 and Simon Collection Agency, Inc (2 accounts). Plaintiff did not receive requests for extensions. Plaintiff provided evidence that the mentioned companies would not validate debts, in some instances for over 2 years. Equifax refused to correct information, which is a violation of FCRA section 611 part (A)(1) and Florida code section (768). The company does significant business in Florida and is subject to jurisdiction. These acts have resulted in the denial of credit, housing opportunities, mental distress due to humiliation and anguish over having to explain these reportings to employers.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant(s) in the sum of $ 1,000.00, plus costs of court.

Signature: Tina Marie Barbuto

Name [Print]: Tina Marie Barbuto

Address: 233 S. Federal Highway Apt. 705

City, State, Zip Code: Boca Raton, FL 33432

Telephone Number: 954-699-5989

March 30, 2018

Tina Marie Barbuto
233 S. Federal Highway
Unit 705
Boca Raton, FL 33432

Paulino do Rego Barros, Jr., Interim CEO
Equifax Inc.
1550 Peachtree Street, N.W.
Atlanta, GA 30309

Mr. do Rego Barros,

Equifax did not investigate these inaccurate negative accounts below:
- VW Credit,
- Oswego CountyFCU 14153C0011XXXX 09/03/2014 $11,675 02/21/2018 $8,255 CHARGEOFF, and
- Simon Agency Inc. (2 accounts)

1. Validate Account Numbers because OswegoFCU could not validate it either. Please Validate Accounts Under FCRA Section 609 which requires My Original Signed Contract. I have contacted OswegoFCU, Simons, VW Credit and Equifax 13 times via certified mail and 6 times via CFPB and BBB. No proper validation and no appropriate responses received. According to the Fair Credit Reporting Act, Section 609 ( a ) ( 1 ) ( A ), you are required by federal law to verify, through the physical verification of the original signed consumer contract, any and all accounts that you post on a credit report. Otherwise, anyone paying for your reporting services could fax, mail or email in a fraudulent account Ive requested additional information on the official investigation procedures. I asked specifically for a notarized affidavit confirming the information that is provided is true and correct as per my civil rights granted under several federal laws. FCRA Act Section 611, gives me the right to request an explanation of the verification method used by the CRA. If either party has the records. I can request a copy of the FACTA act, SEC 312 ( b ) and. I exercise my right under FRCA, Section 616. Furthermore, because of my initial dispute was detailed and directly related to the account in question. A template response will not be an acceptable response. If you cannot supply ALL of the above information in a timely manner as detailed in several laws, including but not limited to the Fair Credit Reporting Act, I immediately demand the permanent removal of this item from my credit report. Here where my specific questions requesting an explanation on how you conducted your investigation below! 1. Please explain to me what your representatives uncovered to lead them to believe that you are reporting this item as it legally should be reported? 2. What were certified documents reviewed to conclude your investigation? 3. Please provide a complete copy of all of the information that was transmitted to the data furnisher as part of the investigation. 4. What did it cost your company to obtain the documents needed to complete your investigation? 5. Please provide proof of your timely procurement of certified documents. 6. Did you speak directly to any agent of the company that was reporting the information to confirm the accuracy of what you are reporting? 7. If yes to above : a.Who did you speak to? b.On what date? c.How long was the conversation? d.What was their position? e.What telephone number did you call? f. What is the name of the employee of your company that spoke directly to the above party? g. What is the

position of the employee of your company that spoke directly to the above party? h.How long has that employee been employed by your company? i.What formal training was provided to this employee to investigate items of this kind? j.Was there any e-mail or written communication between members of your company and the above party? 8. If so, please provide copies of all correspondence ; supply copies of any and all conclusive documentation to prove that you have in fact conducted a reasonable investigation of the account in question. 9. Provide the date of the commencement of delinquency 10. Provide the SPECIFIC date reporting that these items will cease Instead, Experian has verified this collection by my birthdate, name and social only on these dates each time. I'm demanding to have this matter investigated According to the Fair Credit Reporting Act, Section 609 ( a ) ( 1 ) ( A ), you are required by federal law to verify, through the physical verification of the original signed consumer contract, any and all accounts that you post on a credit report. Otherwise, anyone paying for your reporting services could fax, mail or email in a fraudulent account. And to I exercise my right under FRCA, Section 616. FCRA Act Section 611, gives me the right to request an explanation of the verification method used by the CRA. I can request a copy of the FACTA act, SEC 312 ( b ) and. I'm requesting additional information on the official investigation procedures. I asked specifically for a notarized affidavit confirming the information that is provided is true and correct as per my civil rights granted under several federal laws. If you cannot supply ALL of the above information in a timely manner as detailed in several laws, including but not limited to the Fair Credit Reporting Act, Furthermore, because of my initial dispute was detailed and directly related to the account in question. A template response will not be an acceptable response.

I disputed these debts many times and requested validation. I also requested the item be removed from my credit due to failure to properly validate. Equifax failed to conduct a proper and thorough investigation that I am entitled to and failed to review all the relevant documentation provided already in their possession thoroughly enough thus violating their duty under 15 U.S.C. 168ls-2 ( b ) ( 1 ) ( A ) through 15 U.S.C. 168ls-2 ( b ) ( 1 ) ( E ). 39. With the failure to request removal of these negative tradelines, my credit score, a benchmark for near all facets of life in today's society, was artificially deflated. Equifax's actions were negligent and willful and wonton.

Finally, on March 12, 2018, a letter arrived from Equifax stating that they have added an address PER MY REQUEST of 1141 SE 7th Court, Apt 303, Dania Beach, FL 33004. I have disputed this address and had it removed. I did not supply evidence to add this address to my file.

### Listings of CFPB complaints never responded to and continues as "pending":

1. CFPB Complaint filed on 2/7/18 #180207-2842038 regarding OswegoFCU, Simons Collections Agency and VW Credit. As of 2.23.18, Equifax reported needing more time. . No update as of today's date to either the CFPB or myself from Equifax.

2. CFPB Complaint filed on 2/8/18 #180208-2845021 regarding VW Credit. On 2.23.18, Equifax reported needing more time. No update as of today's date to either the CFPB or myself from Equifax.

3. CFPB Complaint filed on 3/12/18 #180313-2941503 regarding OswegoFCU. As of 3.23.18, Equifax reported needing more time. . No update as of today's date to either the CFPB or myself from Equifax.

4. CFPB Complaint filed on 3/12/18 #180313-2941613 regarding OswegoFCU. As of 3.23.18, Equifax reported needing more time. . No update as of today's date to either the CFPB or myself from Equifax.

Tina Marie Barbuto
233 S. Federal Highway Apt 705
Boca Raton, FL 33432
SSN: 053680336

Cc: Consumer Financial Protection Bureau
Cc: Attorney General's Office
Cc: Better Business Bureau

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE#: 50 2018 SC 007412xxxxMB
DIVISION: _____

IN RE: THE MATTER OF:

Tina Marie Barbuto,
PLAINTIFF

v.

Equifax, Inc.,
DEFENDANT
_____/

COPY
SOUTH COUNTY BRANCH OFFICE
ORIGINAL RECEIVED
APR 02 2018
SHARON R. BOCK
CLERK & COMPTROLLER
PALM BEACH COUNTY

## COUNTY & SMALL CLAIMS CIVIL COVER SHEET

I. TYPE OF CASE (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

**TORTS**
- ☐ Auto negligence
- ☐ Professional malpractice
- ☐ Products liability
- ☒ Other negligence

**OTHER CIVIL**
- ☐ Challenge to proposed constitutional amendment
- ☐ Condominium
- ☐ Contracts
- ☐ Civil Replevin
- ☐ Eviction
- ☐ Foreclosure
- ☐ Arbitration/Foreign Judgment
- ☐ Personal Injury Protection (PIP) (claims up to $5,000)
- ☐ Personal Injury Protection (PIP) (claims from $5,000.01-$15,000.00)
- ☐ Real property/Mortgage foreclosure
- ☐ Wage Dispute (claims up to $5,000)
- ☐ Wage Dispute (claims from $5,000.01-$15,000.00)
- ☐ Other County Civil _____
- ☒ Small Claims other than Wage Dispute and PIP

II. IS JURY TRIAL DEMANDED IN COMPLAINT?
- ☐ Yes
- ☒ No

III. CLAIMS/PARTIES
Has there been a previous case filed in Palm Beach County/15th Judicial Circuit which involved the same claim against the same adverse party and which was voluntarily or involuntarily dismissed?

- ☐ Yes. Please provide the appropriate case number(s) _____
- ☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____  Fla. Bar# _____
Attorney or party  (Bar # if attorney)

Tina Marie Barbuto
(type or print name)

Date 4/2/18

Revised 12/2012

**COPY**

50 2018 SC 007412XXXXMB

SOUTH COUNTY BRANCH OFFICE
ORIGINAL RECEIVED
APR 0 2 2018
SHARON R. BOCK
CLERK & COMPTROLLER
PALM BEACH COUNTY

## Summons Information Sheet

Pursuant to rule 7.060, Florida Small Claims Rules, each Defendant in a small claims action must be served with a summons entitled "Notice to Appear," which provides the time of and location of the hearing. After the fee is paid, the Clerk of Court will issue a summons for each Defendant and the Plaintiff is responsible for service. Below please provide the name, address, telephone number and e-mail address of each Defendant in this case. If there are more than two Defendants, please complete an additional form:

**Defendant Number 1:**

Name: _Equifax Inc._

Registered Agent: _The prentice Hall Corporation system, Inc._

Address: _1201 Hays Street, Suite 105_

City, State, Zip: _Tallahassee, FL 32301-2525_

Telephone Number: _302-636-5440_

Designated E-mail Address(es): _____

**Defendant Number 2 (If applicable):**

Name: _____

Registered Agent: _____

Address: _____

City, State, Zip: _____

Telephone Number: _____

Designated E-mail Address(es): _____